In
 
 Victor
 
 v.
 
 Lyon Assoc.:
 
 Order affirmed, with costs, upon the opinion of Chief Judge Fuld in
 
 Simpson
 
 v.
 
 Loehmann
 
 (21 N Y 2d 305, decided herewith). Question certified answered in the affirmative. All concur, Judges Keating and Breitel on the grounds stated in their respective concurring opinions in
 
 Simpson
 
 v.
 
 Loehmann,
 
 and Judge Bergan on the grounds stated in the concurring opinion by Judge Breitel in
 
 Simpson
 
 v.
 
 Loehmann,
 
 except Judges Burke and Scileppi who dissent and vote to reverse on the grounds stated in the dissenting opinion in
 
 Simpson
 
 v.
 
 Loehmann.
 

 In
 
 Matter of Victor
 
 v.
 
 Hanover Ins.
 
 Co.: The direct appeal is dismissed on the ground that the order appealed from is not final. No opinion. Concur: Chief Judge Fuld and Judges Van Voorhis, Burke, Scileppi, Bergan, Keating and Breitel.